IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| (1) JOAN HALL, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 12-CV-1193-C |
|  | ) |  |
| (1) WESTERN UNITED INSURANCE COMPANY, d/b/a AAA INSURANCE COMPANY, | ) ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

### DEFENDANT'S FINAL WITNESS LIST

Pursuant to the Court's Scheduling Order, the following is Defendant's Final Witness List:

| No. | Name and Address | Proposed Testimony |
|---|---|---|
| 1. | Donald Hall<br>c/o Mansell Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, purchase of insurance policy, denial of claim and damages, investigation and handling of claim, scope, amount and cause of damages, insurance coverage |
| 2. | Joan Hall<br>c/o Mansel Engel & Cole<br>101 Park Avenue, Suite 665<br>Oklahoma City, OK 73102 | Knowledge of loss and damages, purchase of insurance policy, denial of claim and damages, investigation and handling of claim, scope, amount and cause of damages, insurance coverage |
| 3. | Lyle Nickel, Agent<br>AAA Insurance<br>215 W. Owen Garriott, Suite 1B<br>Enid, OK 73701 | Purchase of policy of insurance, investigation and denial of claim and damages. |

| 4.  | Matthew McKenna, Casualty Specialist<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy. |
|---|---|---|
| 5.  | Jennifer Lee, Casualty Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy. |
| 6.  | Jennifer Lobdell, Claims Representative<br>Jonathan, Neal & Associates, Inc.,<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 7.  | Ed Timmons, Representative of<br>Jonathan, Neal & Associates, Inc.<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Jonathan, Neal & Associates policies and procedures for asserting subrogation claims on behalf of AAA Insurance |
| 8.  | Liz Dizer, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 9.  | Wendy L. Miller, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 10. | Ian Hedrick, Claims Service Adjuster<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 11. | Lisa Jaynes, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |

| | | |
|---|---|---|
| 12. | Tim Edwards, Total Loss Specialist<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 13. | Kyle Chasey, GEICO Claims Adjuster<br>930 N. Finor-Center Drive<br>Tucson, AZ 85710 | Handling of Plaintiff's claim against insured and payments |
| 14. | Jessica Daily, GEICO Claims Adjuster<br>930 N. Finor-Center Drive<br>Tucson, AZ 85710 | Handling of Plaintiff's claim against insured and payments |
| 15. | Rhonda Davis, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 16. | Saida Lopez, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 17. | Dena Reed, Subro Specialist<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 18. | Cresta Derry, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 19. | Dawn Harrison, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |

| 20. | Jonathan Neil, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
|---|---|---|
| 21. | Anna Maria Thiel, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim. Defendant's claims procedures and practices in regard to subrogation |
| 22. | Nora Brody, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 23. | Stephen Perrando, Claims Representative<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Handling of Plaintiff's claim; Defendant's claim procedures and practices; coverages afforded by policy |
| 24. | Art Bates<br>A.T. Bates Insurance Consulting, LLC<br>1325 Smiling Hill Blvd.<br>Edmond, OK | Will testify on insurance industry claim practices, Defendant's claim practices, and facts and circumstances of handling of this claim |
| 25. | Dovie Lowery<br>AAA Insurance<br>c/o Gregory D. Nellis<br>525 S. Main, Suite 1500<br>Tulsa, OK 74103 | Defendant's claims procedures and practices in regard to subrogation |
| 26. | Paul S. Martin, Attorney<br>116 North Fifth Street<br>Ponca City, Oklahoma 74602 | His representation of Joan and Donald Hall including contact with this Defendant and GEICO |
| 27. | Defendant reserves the right to call Plaintiff's witnesses | |
| 28. | Defendant reserves the right to list additional witnesses as discovery continues. | |
| 29. | Plaintiff's witnesses not objected to by Plaintiff | |

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS,
BRITTINGHAM, GLADD & FIASCO**
A PROFESSIONAL CORPORATION


  /s/ Gregory D. Nellis
Gregory D. Nellis, OBA #6609
J. Andrew Brown, OBA #22504
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for fling and transmittal of a Notice of Electronic Filing to the following:

Steven S. Mansell
Mark A. Engel
Kenneth G. Cole
Mansell, Engel & Cole
101 Park Avenue, Suite 665
Oklahoma City, OK 73102

  /s/ Gregory D. Nellis

S:\Files\311\4\WitList-Final-mac.wpd